UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kirk Gold,

        Plaintiff,

v.

Ocwen Loan Servicing, LLC,

        Defendant.

Civil No.: 2:17-cv-11490
Judge: Hon. Stephen J. Murphy, III

**Notice of Settlement**

NOTICE IS HEREBY GIVEN that this action has been settled. Pursuant to this Court's December 12, 2017 Order [Doc. 24], the parties scheduled a facilitation to take place on January 25, 2018. However, prior to the scheduled facilitation, the parties were able to come to a settlement.

The parties anticipate completing the settlement and filing a stipulation of dismissal within forty-five (45) days.

**HYDE & SWIGART**

Date: January 23, 2018        By: s/ Anthony P. Chester
                              Anthony P. Chester (P77933)
                              HYDE & SWIGART
                              120 South 6th Street, Suite 2050
                              Minneapolis, MN 55402
                              Telephone:  (952) 225-5333
                              Email: tony@westcoastlitigation.com

                              *Counsel for Kirk Gold*


**HINSHAW & CULBERTSON LLP**

Date: January 23, 2018        By: s/ Jennifer W. Weller
                              Jennifer W. Weller
                              HINSHAW & CULBERTSON LLP
                              222 North LaSalle Street, Suite 300
                              Chicago, IL 60601-1081
                              Telephone:  (312) 704-3000
                              Email: jweller@hinshawlaw.com

                              *Counsel for Defendant*

## CERTIFICATE OF SERVICE

    I, Anthony Chester, hereby certify that on January 23, 2018, I electronically filed with the Clerk of the U.S. District Court, Eastern District of Michigan, the foregoing **NOTICE OF SETTLEMENT** by using the CM/ECF system, which will send notification of such filings to all attorneys of record.

Date: <u>January 23, 2018</u>　　　　　　　By:<u>/s/ Anthony Chester</u>
　　　　　　　　　　　　　　　　　　Anthony P. Chester (P77933)
　　　　　　　　　　　　　　　　　　**HYDE & SWIGART**
　　　　　　　　　　　　　　　　　　120 South 6th Street, Suite 2050
　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　Telephone:　(952) 225-5333
　　　　　　　　　　　　　　　　　　Email: tony@westcoastlitigation.com