UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIRK GOLD,

       Plaintiff,

v.

OCWEN LOAN SERVICING, LLC and
OCWEN MORTGAGE SERVICING, INC.,

       Defendants.

_____/

Case No. 2:17-cv-11490

HON. STEPHEN J. MURPHY, III

## ORDER OF DISMISSAL

The parties filed notice that the case has settled. The Court therefore dismisses the case without prejudice. Within thirty days of the date of this Order, the parties may submit a stipulated order of dismissal pursuant to the terms of the underlying settlement agreement.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: January 24, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 24, 2018, by electronic and/or ordinary mail.

s/ David Parker
Case Manager

1